AO 120 (Rev. 08/10)

| TO: | **Mail Stop 8**<br>**Director of the U.S. Patent and Trademark Office**<br>**P.O. Box 1450**<br>**Alexandria, VA 22313-1450** | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court ___for the Northern District of West Virginia___ on the following

☐ Trademarks or   ☑ Patents.   ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>1:18CV227 | DATE FILED<br>3/29/2018 | U.S. DISTRICT COURT<br>for the Northern District of West Virginia |
|---|---|---|
| PLAINTIFF<br>Forest Laboratories Holdings, LTD., Allergan USA, Inc., Allergan Sales, LLC, and Ironwood Pharmaceuticals, Inc. | | DEFENDANT<br>Mylan Pharmaceuticals Inc. |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 7,304,036 | 12/4/2007 | Ironwood Pharmaceuticals, Inc. |
| 2 | 7,371,727 | 5/13/2008 | Ironwood Pharmaceuticals, Inc. |
| 3 | 7,704,947 | 4/27/2010 | Forest Laboratories Holdings, LTD. and Ironwood Pharmaceuticals |
| 4 | 7,745,409 | 6/29/2010 | Forest Laboratories Holdings, LTD. |
| 5 | 8,080,526 | 12/20/2011 | Forest Laboratories Holdings, LTD. |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY ☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading | | |
|---|---|---|---|
| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | (Continued) | | |
| 2 | 8,110,553 | 2/7/2012 | Forest Laboratories Holdings, LTD. |
| 3 | 8,933,030 | 1/13/2015 | Forest Laboratories Holdings, LTD. and Ironwood Pharmaceuticals |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| Stipulation and Order of Dismissal |

| CLERK<br>Cheryl Dean Riley | (BY) DEPUTY CLERK<br>/s/ W. Riffle | DATE<br>12/27/2018 |
|---|---|---|

**Copy 1—Upon initiation of action, mail this copy to Director**   **Copy 3—Upon termination of action, mail this copy to Director**
**Copy 2—Upon filing document adding patent(s), mail this copy to Director**   **Copy 4—Case file copy**